UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID EMBLAD, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> RONALD E LOGUE, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> 05 10063 RWZ <br><br> AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT |

FILED IN CLERKS OFFICE
2005 FEB 14 P 3:56
US DISTRICT COURT
DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of January, 2005, at 10:55 AM**, at the address of **1 financial Center, BOSTON, Suffolk County, MA**; this affiant served the above described documents upon **STATE STREET RESEARCH & MANAGEMENT COMPANY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Steven Zimmer, Assistant to the General Counsel**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Massachusetts_ that the statement above is true and correct.

_____
Barbara Bedugnis, Reg. # Constable, MA

SUBSCRIBED AND SWORN to before me this 31st day of January, 2005

_____
NOTARY PUBLIC in and for the State of **Massachusetts**

| ABC's Client Name <br> **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633811** |
|---|---|---|



KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14  P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

TRUSTEES OF THE PAINTERS & ALLIED )
TRADES DISTRICT COUNCIL NO. 35 )
HEALTH AND WELFARE, PENSION AND )
ANNUITY FUNDS )
)
            Plaintiffs, )  Civil Action No.05-10009 RWZ
)
v. )
)
CJP ENTERPRISES )
)
            Defendant. )

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant CJP Enterprises, in the above-captioned action. Defendant CJP Enterprises, was served with the complaint on January 11, 2005. Copies of proof of service are attached. As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

Plaintiff,
Painters and Allied Trades District Council No. 35
By its attorney,

/s/ Michael A. Feinberg
Michael A. Feinberg, BBO#
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

DATED: February 11, 2005

## CERTIFICATE OF SERVICE

    I, Michael A. Feinberg, hereby certify that on this day, I mailed a copy of the enclosed documents to Janet Butler, CJP Enterprises, 61 Accord Park Drive, Norwell, MA 02061.

_____
Michael A. Feinberg

DATED: February 11, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF __Massachusetts__

Trustees of the Painters & Allied Trades
District Council No. 35 Health and Welfare,
Pension and Annuity Funds
V.

CJP Enterprises

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10009 RWZ

TO: (Name and address of defendant)

Janet Butler
CJP Enterprises
61 Accord Park Drive
Norwell, MA 02061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



DATE  1/3/05

(BY) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

January 13, 2005

I hereby certify and return that on 1/11/2005 at 9:43AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Janet Butler, agent, person in charge at the time of service for CJP Enterprises, at , 47 Marion Drive, Suite C Kingston, MA 02364. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($17.60) Total Charges $58.10

Deputy Sheriff Russell F. Tinkham, Jr.      *Deputy Sheriff*