UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Trustees of the Painters & Allied
Trades District Council #35 Health &
Welfare, Pension and Annuity Funds

                **Plaintiff**

CIVIL ACTION

NO. 05-cv-10009-RWZ

V.

CJP Enterprises

                **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Trustees of Painters & Allied Trades District Council #35   Et al__ for an order of Default for failure of the Defendant, __CJP Enterprises__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __16th__ day of __February__, __2005__.

TONY ANASTAS
CLERK OF COURT

By: Jay Johnson
Deputy Clerk

Notice mailed to: