UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTHAND WELFARE, PENSION AND ANNUITY FUNDS )<br><br>Plaintiffs, )<br><br>v. )<br><br>CJP ENTERPRISES )<br><br>Defendant ) | Civil Action No. 05-10009-RWZ |

## PLAINTIFFS' MOTION FOR A DEFAULT JUDGMENT

Plaintiffs respectfully move upon their attached Declaration pursuant to Federal Rules of Civil Procedure 55(b)(1) for entry of judgment by the Clerk in the amount of $26,930.60. In support of their motion, Plaintiffs state as follows:

1. Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on February 16, 2006.

2. Each of the Plaintiffs is a "multi-employer plan" within the meaning of Section 3(37)(A) of ERISA, 29 U.S.C. §1002(37)(A) and each is an "employee welfare plan" or "plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. 1002(3). The Funds have a principal office at and are administered from 25 Colgate Road, Roslindale, MA.

3. At all material times, Defendant was obligated by the terms of the collective bargaining agreement between it and the Painters Union and by the terms of the Agreements and Declarations of Trust for each of the Plaintiffs to make

contributions and remittance reports on behalf of its employees in the bargaining unit represented by the Painters Union to the Funds.

4. Defendant failed to make required contributions or file remittance reports to the Fund for December 2005 through February 2006 in violation of Section 515 of ERISA, 29 U.S.C. §1145 in the amount of $22,000.00.

5. Plaintiffs are also entitled to liquidated damages in the amount of $4,400.00, and reasonable attorney's fees and costs in the amount of $530.80.

6. Defendant therefore owes Plaintiffs a total of $26,930.60.

7. Defendant CJP Enterprises is neither an infant nor an incompetent person nor in the military service of the United States.

            Respectfully submitted,

            /s/ Michael A. Feinberg
            Michael A. Feinberg, BBO #161400
            Feinberg, Campbell & Zack, P.C.
            177 Milk Street
            Boston, MA 02109
            (617) 338-1976

Dated this 22nd day of March, 2006.

**CERTIFICATE OF SERVICE**

    I, Michael A. Feinberg, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to

    CJP Enterprises
    47 Marion Drive,
    Suite C
    Kingston, MA 02364
    Attn: Janet Butler

Dated this 22nd day of March, 2006.

    /s/ Michael A. Feinberg
    Michael A. Feinberg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTHAND WELFARE, PENSION AND ANNUITY FUNDS )<br><br>Plaintiffs, )<br><br>v. )<br><br>CJP ENTERPRISES )<br><br>Defendant ) | Civil Action No. 05-10009-RWZ |

## **JUDGMENT**

A default has been entered against CJP Enterprises on February 16, 2006, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $22,000.00, liquidated damages in the amount of $4,400.00 and reasonable attorney's fees and costs in the amount of $530.60; and that Defendant CJP Enterprises, is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $26,930.60. Motions for default judgment brought by the Plaintiff in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this ____ day of March, 2006.

BY THE COURT

_____
U.S. District Court Judge