UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTHAND WELFARE, PENSION AND ANNUITY FUNDS<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CJP ENTERPRISES<br><br>　　　　　　　Defendant | Civil Action No. 05-10009-RWZ |

**AFFIDAVIT OF MICHAEL A. FEINBERG IN SUPPORT OF AWARD OF
<u>ATTORNEY'S FEES AND COSTS</u>**

Michael A. Feinberg deposes and says as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I concentrate in litigation under the Employee Retirement Income Security Act of 1974 (ERISA). I have acted as the legal representative of the Painters & Allied Trades District Council No.35 Health and Welfare, Annuity, and Pension Funds for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing and collecting the contributions due and owing the Funds in this matter has been 1.5 hours. Accordingly, the amount of legal fees incurred by the Fund as a result of work

      performed by this office is $322.50. The amount of costs incurred total $208.10 (see attached documentation).

3.     The total of attorney's fees and costs incurred by the Pension Fund is $530.60.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2006.

                                           /s/ Michael A. Feinberg
                                           Michael A. Feinberg, BBO #161400
                                           Feinberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA 02109
                                           (617) 338-1976

Date: 03/22/2006

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 128.059 | 12/30/2004 | 1 | A | 18 | 215.00 | 1.50 | 322.50 | Preparation of Federal Court Complaint<br>Painters & Allied Trades D.C.#35 Funds<br>CJP Enterprises | ARCH |
| **Total for Fees** | | | | | Billable | 1.50 | 322.50 | | |
| **Advances** | | | | | | | | | |
| 128.059 | 01/01/2005 | 1 | A | 114 | | | 150.00 | Filing Fees/ Clerk, US District Court<br>Painters & Allied Trades D.C.#35 Funds<br>CJP Enterprises | ARCH |
| 128.059 | 01/19/2005 | 1 | A | 115 | | | 58.10 | Service of Summons and Complaint 1/11/05: County of Plymouth, Sheriff's Department<br>Painters & Allied Trades D.C.#35 Funds<br>CJP Enterprises | ARCH |
| **Total for Advances** | | | | | Billable | 0.00 | 208.10 | | |
| **GRAND TOTALS** | | | | | Billable | 1.50 | 530.60 | | |