UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS <br><br> Plaintiffs, <br><br> v. <br><br> CJP ENTERPRISES <br><br> Defendant | Civil Action No. 05-1009-RWZ |

## DECLARATION OF DAMAGES AND TAXABLE COSTS

Heather Palmacci, being first duly sworn, deposes and says:

1. I am employed as the Collection Manager of the Painters & Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds (hereinafter the "Funds") located at 25 Colgate Road, Roslindale, MA.

2. In accordance with 29 U.S.C. §1132(g)(2) and as provided by Section 502(g)(2), the Defendant owes to the Funds the following:

    a. Delinquent contributions for the period of December 2005 through February 2006 pursuant to estimates of prior remittance reports for a total of $22,000.00.

    b. Liquidated damages in an amount equal to the greater of either the amount of interest or liquidated damages of twenty percent (20%) of the principal. Consequently, Plaintiffs are entitled to $4,400.00.

    d. Reasonable attorneys fees and costs in the amount of $530.80.

3.  Based on the foregoing, the Defendant owes the Funds a total of $26,930.60.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2006.

_____
Heather Palmacci