UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br><br>Plaintiffs,<br><br>v.<br><br>CJP ENTERPRISES<br><br>Defendant | Civil Action No. 05-10009-RWZ |

## JUDGMENT

A default has been entered against CJP Enterprises on February 16, 2006, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $22,000.00, liquidated damages in the amount of $4,400.00 and reasonable attorney's fees and costs in the amount of $530.60; and that Defendant CJP Enterprises, is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $26,930.60. Motions for default judgment brought by the Plaintiff in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this 30th day of March, 2006.

BY THE COURT

_____
U.S. District Court Judge